FILED
2017 May-02 PM 02:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

vs.   2:16-CR-376-VEH-HGD-1

**ANTONIO SANTIAGO-SANTIAGO,**
　　**Defendant.**

### ORDER

The Defendant in this action, Antonio Santiago-Santiago (Santiago) has filed a motion to suppress evidence seized from his motor vehicle as a result of a stop by a law enforcement officer. (Doc. 28). A hearing on the motion was held before a United States Magistrate Judge at the Hugo Black Federal Courthouse in Birmingham, Alabama on April 13, 2017. (Doc. 33 at 1). On April 18, 2017, the magistrate issued a Report and Recommendation wherein he recommended "that the motion to suppress the evidence seized during the search of Santiago's vehicle be **DENIED**." (Doc. 33 at 9). The deadline to object to that recommendation has now expired and no objections have been filed.

Having carefully reviewed *de novo* the entire file in this case, including the Report and Recommendation, the court is of the opinion that the magistrate's recommendation is due to be, and hereby is, **ADOPTED** and **ACCEPTED** as the

1

opinion of this Court. The Court **EXPRESSLY FINDS** that the motion to suppress the evidence seized during the search of Santiago's vehicle is due to be, and hereby is, **DENIED**.

    **DONE** and **ORDERED** this 2nd day of May, 2017.

*/s/ Virginia Emerson Hopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge